United States Courts
Southern District of Texas
ENTERED

AUG 15 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *versus* | § | Civil Action H-01-1939 |
| | § | |
| Rebecca Cruz | § | |

DEFAULT JUDGMENT

Rebecca Cruz failed to appear in this action after service.

It is adjudged that the United States of America recover from Rebecca Cruz:

A. $7,240.40, plus

B. Prejudgment interest from April 6, 1999, at $1.09 per day until the date of judgment, plus

C. Attorney's fees of $550.00 and all costs of court, plus

D. Post-judgment interest at 3.50 % per annum.

Signed AUG 14 2001, 2001,

United States District Judge

#4